IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE KEVIN WILLIAMS,        )
# 173816,        )
        )
    Plaintiff,        )
        )    CIVIL ACTION NO.
        )    2:20-CV-959-WHA-CSC
v.        )        (WO)
        )
PATRICE RICHIE, *et al.,*        )
        )
    Defendants.        )

## **ORDER**

Plaintiff has filed a motion asking that this action be dismissed. Doc. 19. The Court construes this motion to be Plaintiff's notice of voluntary dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is ORDERED that this action is DISMISSED without prejudice under Fed. R. Civ. P. 41(a)(1).

The Clerk is DIRECTED to close this case.

DONE this 16th day of September, 2021.

        /s/ W. Harold Albritton
        SENIOR UNITED STATES DISTRICT JUDGE